UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

**CRIMINAL ACTION NO. 23-CR-00012-DLB-EBA**

UNITED STATES OF AMERICA                                        PLAINTIFF

VS.                       **AFFIDAVIT OF ERIC NANTELL**

ERIC L. NANTELL                                                  DEFENDANT

Comes the affiant, Eric Nantell, after being duly sworn and states and deposes as follows:

1.  That he has been advised by his attorney, Eldred E. Adams, Jr., that under the provisions of "The Speedy Trial Act," [18 U.S.C.A. Section 3161] that he has a right to be tried by a jury on the pending charges within seventy [70] days of his arraignment.

2.  That after discussing his case with his attorney, he agrees with the pending Motion for Continuance and waives his right to a trial within seventy [70] days of his arraignment.

This the 5th day of August, 2023.

_____
ERIC NANTELL

STATE OF KENTUCKY

COUNTY OF LAWRENCE

Subscribed and sworn to by **ERIC NANTELL**, before me this the 5 day of August, 2023.

_____
NOTARY PUBLIC    ID#_____

[SEAL]                            MY COMMISSION EXPIRES:_____

ELDRED E. ADAMS, JR.
Notary Public-State at Large
Kentucky-Notary ID# 630759
My Commission Expires 10-12-2023